UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlo Rankel, individually and on behalf of all others
similarly situated,

                Plaintiff,

                -against-

Immediate Credit Recovery, Inc.,

                Defendant.

Docket No: 7:18-cv-08117-KMK

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or
their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the
above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of
Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 28, 2019

**FINEMAN, KREKSTEIN & HARRIS, P.C.**

By:_____
Richard Perr, Esq.
Ten Penn Center
Philadelphia, Pennsylvania 19103
Tel: (215) 893-9300
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:_____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 116152
*Attorneys for Plaintiff*